**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| VIRGINIA L. PEREZ-MATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  10-CV-2192 JWL/DJW |
| v. | ) | |
| | ) | |
| KRISTINE FREYALDENHOVEN, M.D., | ) | |
| Serve at: | ) | |
| 10511 Mission Road, Unit 309 | ) | |
| Leawood, Kansas 66206-2705 | ) | |
| | ) | |
| LOWE, HOEHN, JURANI & | ) | |
| FREYALDENHOVEN, M.D.'s, CHTD., | ) | |
| Serve: | ) | |
| Resident Agent:  Bettina Lowe, M.D. | ) | |
| 8901 W. 74th Street, Suite 356 | ) | |
| Shawnee Mission, Kansas 66204 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SAINT LUKE'S SOUTH HOSPITAL, | ) | |
| Serve: | ) | |
| Resident Agent:  Kathy Howell | ) | |
| 12300 Metcalf Avenue | ) | |
| Overland Park, Kansas 66213 | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

COMES NOW Plaintiff Virginia L. Perez-Matterson, by and through her attorneys of record, and for her claims against Defendants Kristine Freyaldenhoven, M.D.; Lowe, Hoehn, Jurain & Freyaldenhoven, M.D.'s, Chartered; and Saint Luke's South Hospital, states:

**ALLEGATIONS COMMON TO ALL COUNTS**

1.      Plaintiff Virginia L. Perez-Matterson resides at 437 North National Street, Superior, Nebraska 68978.

2.      Jurisdiction is proper in this Court pursuant to 28 U.S.C.A. § 1332 because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.  Furthermore, the acts giving rise to the matter occurred in Johnson County, Kansas.

3.      Defendant Kristine Freyaldenhoven, M.D. (hereinafter referred to as Dr. Freyaldenhoven) is a medical doctor licensed to practice in the state of Kansas who held herself out to the public generally and to Plaintiff as a surgeon.

4.      Defendant Lowe, Hoehn, Jurain & Freyaldenhoven, M.D.'s Chartered (hereinafter referred to as "Group") is a corporation that owns, leases and operates a clinic, organized under the laws of the state of Kansas, doing business in Shawnee Mission, Johnson County, Kansas.  At all times relevant to the allegations contained herein, Dr. Freyaldenhoven was an agent, acting in the course and scope of her employment with the Group.  The Group is vicariously liable for the acts and omissions of Dr. Freyaldenhoven.

5.      Saint Luke's South Hospital (hereinafter referred to as "Hospital") is a hospital, organized under the laws of the state of Kansas, and doing business in Overland Park, Johnson County, Kansas.  At all times relevant hereto, Hospital operated at 12300 Metcalf Avenue, Overland Park, Johnson County, Kansas.

6.      On or about April 15, 2008, Plaintiff went to the Hospital's emergency room complaining of significant pain emanating from her abdominal area in the right upper quadrant.  Dr. Freyaldenhoven diagnosed Plaintiff with mild chronic cholecystitis and scheduled her for surgery.

7.      On April 16, 2008, Dr. Freyaldenhoven performed a laparoscopic cholecystectomy on Plaintiff removing her gallbladder at the Hospital.

8.      Following her surgery, Plaintiff suffered a dramatic increase in nausea and vomiting and continued to complain of pain and nausea to Dr. Freyaldenhoven.  On or about April 29, 2008, Dr. Freyaldenhoven ordered a CBC and further testing.

9.      On May 5, 2008, Plaintiff was still suffering from pain, nausea and increased vomiting and underwent an esophagogastroduodenoscopy performed by Dr. Wendell K. Clarkston at St. Luke's Hospital in Kansas City, Missouri.  Dr. Clarkston's impression was Plaintiff suffered from mild gastritis and possible paucity of folds in the 2nd part of her duodenum.

10.      On or about May 6, 2008, Dr. Clarkston ordered a CT pelvic with contrast at Shawnee Mission Medical Center for Plaintiff.  On May 15, 2008, Dr. Clarkston then ordered further testing including a gastric emptying study, which revealed Plaintiff had a markedly delayed gastric emptying that was abnormal.

11.      Dr. Clarkston then referred Plaintiff onto Dr. Richard McCallum, a motility specialist, at Kansas University because of her markedly prolonged emptying time and failure to completely improve on medication prescribed for her.

12.      On November 4, 2008, Plaintiff presented herself to Dr. McCallum still suffering from right upper quadrant pain and vomiting, which had been continual problems since her gallbladder surgery in April of 2008.  Following further testing, Dr. McCallum diagnosed Plaintiff with cyclic vomiting syndrome.

13.    As a result of the improperly performed surgery and delay in diagnosis and treatment, Plaintiff suffered significant pain, numerous tests and medication and hospitalization.

**COUNT I**
**Medical Negligence – Dr. Freyaldenhoven and Group**

14.    Plaintiff hereby incorporates by reference paragraphs 1 through 13, as though fully set forth herein.

15.    Dr. Freyaldenhoven and Group were negligent in the care they provided to Plaintiff in that Dr. Freyaldenhoven and Group breached their duty and thereby negligently:

a.    failed to properly assess Plaintiff's medical condition;

b.    failed to properly recognize, diagnose, treat and/or otherwise handle Plaintiff's medical problems;

c.    failed to prevent, mitigate, resolve Plaintiff's medical condition;

d.    failed to provide appropriate medical and surgical treatment to Plaintiff;

e.    failed to timely obtain appropriate medical treatment for Plaintiff and/or refer Plaintiff for appropriate care; and

f.    worsened Plaintiff's medical condition.

16.    The negligence of Defendants Dr. Freyaldenhoven and Group directly caused or contributed to cause Plaintiff to sustain the following permanent and continuing damages:

a.    significant pain and suffering including but not limited to vomiting blood and bile, continual vomiting, abdominal pain, nausea,

migraine headaches, body aches, dizziness, dry heaves,

sleeplessness,  diarrhea and constipation;

b.    cyclic vomiting syndrome;

c.    significant past and future pain and suffering;

d.    medical bills, pharmacy bills, and further expenses associated with

hospitalization and future costs for same;

e.    loss of enjoyment of life and future loss of enjoyment of life;

f.    hospitalization, medical care and medications and will require

future medical care, medication and procedures;

g.    impaired ability to perform household services, recreational

activities, travel and future impaired ability to engage in the same;

h.    loss of income and earnings and future loss income and earnings.

WHEREFORE, Plaintiff Virginia L. Perez-Matterson asks for judgment in her favor and against Defendants Kristine Freyaldenhoven, M.D. and Lowe, Hoehn, Jurani, Freyaldenhoven, M.D.'s, Chartered, jointly and severally, for damages in a sum that is fair and reasonable in excess of $75,000, for her costs, and for such other relief as the court deems just and proper.

## COUNT II
### Hospital Negligence

17.    Plaintiff hereby incorporates by reference paragraphs 1 through 16, as though fully set forth herein.

18.    Hospital was negligent in the care it provided to Plaintiff in that Hospital breached its duty and thereby negligently:

a.  failed to properly assess Plaintiff's medical condition;

    b.   failed to properly recognize, diagnose, treat and/or otherwise handle Plaintiff's medical problems;

    c.   failed to prevent, mitigate, resolve Plaintiff's medical condition;

    d.   failed to provide appropriate medical and surgical treatment to Plaintiff;

    e.   failed to timely obtain appropriate medical treatment for Plaintiff and/or refer Plaintiff for appropriate care; and

    f.   worsened Plaintiff's medical condition.

25.    The negligence of Defendant Hospital directly caused or contributed to cause Plaintiff to sustain the following permanent and continuing damages:

    a.   significant pain and suffering including but not limited to vomiting blood and bile, continual vomiting, abdominal pain, nausea, migraine headaches, body aches, dizziness, dry heaves, sleeplessness, diarrhea and constipation;

    b.   cyclic vomiting syndrome;

    c.   significant past and future pain and suffering;

    d.   medical bills, pharmacy bills, and further expenses associated with hospitalization and future costs for same;

    e.   loss of enjoyment of life and future loss of enjoyment of life;

    f.   hospitalization, medical care and medications and will require future medical care, medication and procedures;

    g.   impaired ability to perform household services, recreational activities, travel and future impaired ability to engage in the same;

h. loss of income and earnings and future loss income and earnings.

WHEREFORE, Plaintiff Virginia L. Perez-Matterson asks for judgment in her favor and against Defendant Saint Luke's South Hospital for damages in a sum that is fair and reasonable in excess of $75,000, for her costs, and for such other relief as the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues of fact to the full extent of her rights under all applicable law.

Respectfully submitted,

FOLAND, WICKENS, EISFELDER, ROPER & HOFER, P.C.

/s/ Patricia A. Mullins-Freeman
Patricia A. Mullins-Freeman     KS #19551
Lauren Perkins Allen            KS#20116
911 Main Street, 30th Floor
Kansas City, MO  64105
(816) 472-7474
(816) 472-6262 (Fax)
pmullins@fwpclaw.com
ATTORNEYS FOR PLAINTIFF