UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VIRGINIA L. PEREZ-MATTERSON, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 10-2192-JWL-DJW |
| v. | ) ) |
| KRISTINE FREYALDENHOVEN, M.D., et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Virginia L. Perez-Matterson, by and through her attorneys of record, pursuant to Rule 41(1)(A)(i) and hereby voluntarily DISMISSES WITHOUT PREJUDICE the above-captioned matter.

Respectfully submitted,

FOLAND, WICKENS, EISFELDER,
ROPER & HOFER, P.C.

*/s/ Lauren Perkins Allen*
Patricia A. Mullins-Freeman    KS #19551
Lauren Perkins Allen    KS#20116
911 Main Street, 30th Floor
Kansas City, MO  64105
(816) 472-7474
(816) 472-6262 (Fax)
pmullins@fwpclaw.com
lallen@fwpclaw.com
***ATTORNEYS FOR PLAINTIFF***